# UNITED STATES DISTRICT COURT

for the Eastern District of New York
Eastern District of New York

| | | |
|---|---|---|
| RNS HOLDINGS LLC | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | Civil Action No.   25-cv-5240 |
| v. | ) | |
| | ) | |
| | ) | SUMMONS |
| ALEX VLADIMIROV, GEORGE KANSBURG, DENIS NAYBERG, NEW YORK SAFETY TRACK, INC.,GREGORY LUBINSKI and CARLOS E. GARCIA, JR., | ) | |
| *Defendant(s)* | | |

To: *(Defendant's name and address)*  Alex Vladimirov, 1813 East 18th Street, Apartment number 1, Brooklyn, New York 11229; GEORGE KANSBURG, 47 Frost Lane, Albrightsville, PA 18210, DENIS NAYBERG, 139 Ridge Avenue, Staten Island, New York 10304, NEW YORK SAFETY TRACK, INC., 396 Zimmerman Road, Harpersfield, New York 12093; GREGORY LUBINSKI, 396 Zimmerman Road, Harpersfield, New York 12093; and, CARLOS E. GARCIA, JR., 396 Zimmerman Road, Harpersfield, New York 12093.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard G. Monaco, Esq., 325 Broadway, Suite 401, New York, NY 10007.
Tel. 203-417-6771

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

*Shirley Mora*

Date:   9/22/2025                                               _____
                                                                        *Signature of Clerk or Deputy Clerk*

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

' I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ;
or

' I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who
resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

' I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

' I returned the summons unexecuted because _____ ; or

' Other

My fees are $ _____ for travel and $ _____ for services, for a total of $
0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: